UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCCO MAGGIO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>BYZFUNDER NY LLC,<br><br>Defendant. | **Case No.: 1:25-cv-10040**<br>**Judge: Edgardo Ramos** |
| MICHAEL RIFAI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>BYZFUNDER NY LLC,<br><br>Defendant. | **Case No.: 1:25-cv-10119**<br>**Judge: Edgardo Ramos** |
| ANDRES VELOZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>BYZFUNDER NY LLC,<br><br>Defendant. | **Case No.: 1:25-cv-10198**<br>**Judge: Edgardo Ramos** |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR CONSOLIDATION AND APPOINTMENT OF INTERIM CLASS COUNSEL

Having reviewed Plaintiffs' Unopposed Motion to Consolidate Cases and Appoint Interim Class Counsel (the "Motion"), Plaintiffs' the Parties' briefing on the same, for the reasons stated therein, and for good cause shown, the Court hereby GRANTS the Motion.

IT IS HEREBY ORDERED that:

1

1.    *Maggio v. Byzfunder NY LLC*, No. 1:25-cv-10040 filed on December 3, 2025, *Rifai v. Byzfunder NY LLC*, No. 1:25-cv-10119 filed on December 5, 2025, and *Veloz v. Byzfunder NY LLC*, No. 1:25-cv-10198 filed on December 10, 2025 (the "Related Cases") are consolidated pursuant to Fed. R. Civ. P. 42(a);

2.    Consolidation of the Related Cases is appropriate because each of the actions arises from the same nucleus of operative facts. Consolidation will eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary;

3.    The Related Cases are consolidated under the docket number of the first-filed *Maggio* action, No. 1:25-cv-10040, presently before this Court and filed in this District, and any future related actions arising from the same data breach as the Related Cases which may be filed in, removed to, or transferred to this Court, under the low-numbered case with the caption: In re Byzfunder NY LLC Data Breach Litigation;

4.    Pursuant to Federal Rule of Civil Procedure 23(g), Daniel Srourian of Srourian Law Firm, P.C., Mariya Weekes of Milberg, PLLC, and Hunter Bryson of Bryson Harris Suciu & DeMay PLLC are hereby appointed Interim Lead Class Counsel for Plaintiffs;

5.    All deadlines in the Related Cases are vacated; and

6.    Plaintiffs shall file a Consolidated Class Action Complaint within thirty (30) days of the Order.

IT IS SO ORDERED.

Dated: ___January 15, 2026___

_____
United States District Judge

2