**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | : | |
| *In re Byzfunder NY LLC Data Breach* | : | Case No. 1:25-cv-10040 |
| *Litigation* | : | |
| | : | |
| | : | |
| | : | |

## [PROPOSED] ORDER

The Parties' Joint Motion To Stay Proceedings is **GRANTED** and **IT IS HEREBY**

**ORDERED** that all deadlines and proceedings in this case are stayed and the Parties shall file a

joint status report on or before July 20, 2026.

This the 10 day of ___March___, 2026.

_____
Edgardo Ramos, J.